IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HUMBERTO LAGAR,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                              Case No. 11-cv-220-wmc

RANDALL R. HEPP,

    Respondent.

---

    This action came for consideration before the court with District Judge William Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Humberto Lagar for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his administrative remedies.


_____          _____
Peter Oppeneer, Clerk of Court                        8/12/2011
                                                            Date